| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Adam P. Sadowski  (P73864)<br>Assistant Attorney General<br>Michigan Department of Attorney General<br>P.O. Box 30754<br>Lansing, MI  48909<br>Phone: (517) 373-3203; Fax: (517) 241-2741<br>SadowskiA@michigan.gov<br><br><br><br>*Attorney for:* Creditor Michigan Department of Treasury | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  RIVERSIDE DIVISION**

| In re:<br>Gary S. Hann<br><br><br><br><br>Debtor(s). | CASE NO.: 6:14-bk-22067-MW<br>ADVERSARY NO: 6:15-ap-01006-MW<br>CHAPTER: 7 |
|---|---|
| Gary S. Hann<br><br><br><br>Plaintiff(s).<br>vs.<br>Michigan Department of Treasury<br><br><br><br>Defendant(s). | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]**<br><br>DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

1. I, Adam P. Sadowski _____, hereby apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

    State of Michigan, Department of Treasury

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court and have attached a copy of the receipt.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 2090-1.2.APP.NONRES.ATTY**

3. I am a lawyer with the following law firm (*specify name and address of law firm*):

    Michigan Department of Attorney General

4. I am a member in good standing and eligible to practice before the following courts, and admitted to practice on the following dates (s*pecify name of jurisdiction and date of admission to practice in such jurisdiction*):

    State of OH, 11/2009; State of MI, 5/2010; Northern District of OH, 11/2009; Southern District of OH, 5/2010; Eastern District of MI, 6/2010; Western District of MI, 9/2013; 6th Cir. COA, 5/2010; SCOTUS, 12/2014.

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
| N/A | N/A | N/A |  | N/A |

7. I ☐ have ☒ have not  been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

    N/A

    I ☐ resigned  ☐ did not resign    while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

    Name of attorney (Designee):

    Elisa B. Wolfe-Donato, Deputy Attorney General

    Name and address of law firm, or residence address:

    California Department of Justice; Office of the Attorney General
    Business & Tax Section/Civil Division
    300 South Spring Street, Suite 1702, Los Angeles, CA  90013-1256

    Telephone number of law firm: (213) 897-0633

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                Page 2                                                **F 2090-1.2.APP.NONRES.ATTY**

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 03/18/2015

/s/ Adam P. Sadowski
Signature of applicant

Adam P. Sadowski
Printed name of applicant

**CONSENT OF DESIGNEE**

I hereby consent to the foregoing designation.

Date: 03/18/2015

/s/ Elisa B. Wolfe-Donato
Signature of Designee

Elisa B. Wolfe-Donato
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 2090-1.2.APP.NONRES.ATTY**

```
Court Name: U.S. District Court
Division: 2
Receipt Number: LA114028
Cashier ID: rscash
Transaction Date: 03/25/2015
Payer Name: DEPARTMENT OF A G OF MICHIGA
N
--------------------------------
PRO HAC VICE
  For: ADAM P SADOWSKI
  Case/Party: D-CAC-2-15-AT-002015-001
  Amount:        $325.00
--------------------------------
CHECK
  Check/Money Order Num: 7879
  Amt Tendered:  $325.00
--------------------------------
Total Due:       $325.00
Total Tendered:  $325.00
Change Amt:      $0.00

MICIGAN DEPARTMENT OF ATTORNEY
GENERAL

P O BOX 30754

LANSING MI 48909

CASE NO:6:14-BK-22067

ADVERSARY NO: 6:15-AP-01006


No refunds without original
receipt. Returned checks will be
assessed a fee of $53.00.
```

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

300 South Spring Street, Suite 1702, Los Angeles, CA 90013-1256

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/25/2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karl T. Anderson (TR)     edansie@hotmail.com, kanderson@ecf.epiqsystems.com
United States Trustee (RS)     ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 03/25/2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Gary S. Hann
P.O. Box 711
Cathedral City, CA 92235-0711

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/25/2015 | Evelyn Mendoza | /s/ Evelyn Mendoza |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                              Page 4                                              **F 2090-1.2.APP.NONRES.ATTY**