FILED

JUN - 4 2015

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY.                    Deputy Clerk

1  GARY S. HANN, pro se
   Debtor, Adversary Plaintiff
2  yragnnah@gmail.com
3  (175 Butterfield – NO MAIL!)
   P.O. Box 711
4  Cathedral City, CA 92235-0711
   734-480-4140
5

6

7

8

9              UNITED STATES BANKRUPTCY COURT

10       CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

11

| | |
|---|---|
| 12 IN RE HANN, GARY S. | Case No. 6:14-bk-22067-MW |
| 13      Debtor. | |
| 14 | Chapter 7 |
| 15 _____ | |
| 16 GARY S. HANN, | |
|       PLAINTIFF, | Adv. No. 6:15-ap-01006-MW |
| 17    VS. | |
| 18 STATE OF MICHIGAN DEPARTMENT OF | MOTION TO AMEND THE COMPLAINT |
| 19 TREASURY, | JUNE 25, 2015 AT 9:00 AM, VIDEO |
| 20      Defendant. | HEARING ROOM 225, 3420 12TH |
| 21 | STREET, RIVERSIDE, CA 92501 |
| 22 | |
| 23 | JURY TRIAL DEMANDED |

24

25       TO THE HONORABLE MARK S. WALLACE, UNITED STATES

26 BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

27

28                           1

1

2

3

NOTICE OF MOTION PURSUANT TO LBR 9013-1(c)(2)

4

5

6

Plaintiff Hann seeks leave of the Court to amend the Complaint.

7

8

9

The matter will be heard on June 25, 2015 at 9:00 AM, Video Hearing

10

Room 225, 3420 12th Street, Riverside, CA 92501.

11

12

13

14

LBR 9013-1(f) requires a written response to be filed and served

15

at least 14 days before the Hearing.

16

17

18

19

Dated this 2nd of June, 2015.

20

21

Gary S. Hann, Debtor

22

23

24

25

26

27

28

2