GARY S. HANN, pro se
Debtor, Adversary Plaintiff
yragnnah@gmail.com
(175 Butterfield - NO MAIL!)
P.O. Box 711
Cathedral City, CA 92235-0711
734-480-4140

FILED
JUN -4 2015
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| | |
|---|---|
| IN RE HANN, GARY S.<br><br>    Debtor.<br>_____<br>GARY S. HANN,<br><br>    PLAINTIFF,<br><br>    VS.<br><br>STATE OF MICHIGAN DEPARTMENT OF TREASURY,<br><br>    Defendant. | Case No. 6:14-bk-22067-MW<br><br>Chapter 7<br><br>Adv. No. 6:15-ap-01006-MW<br><br>TIMELY MOTION FOR RELIEF AND/OR TO ALTER OR AMEND THE COURT'S MARCH 26, 2015 ORDER DISMISSING ADVERSARY PROCEEDING<br><br>JUNE 25, 2015 AT 9:00 AM, VIDEO HEARING ROOM 225, 3420 12TH STREET, RIVERSIDE, CA 92501<br><br>JURY TRIAL DEMANDED |

1

TO THE HONORABLE MARK S. WALLACE, UNITED STATES BANKRUPTCY JUDGE, AND ALL INTERESTED PARTIES:

NOTICE OF MOTION PURSUANT TO LBR 9013-1(c)(2)

Plaintiff Hann seeks relief in the form of the Court vacating its March 26, 2015 Order Dismissing Adversary Proceeding.

The matter will be heard on June 25, 2015 at 9:00 AM, Video Hearing Room 225, 3420 12th Street, Riverside, CA 92501

LBR 9013-1(f) requires a written response to be filed and served at least 14 days before the Hearing.

Dated this 2nd of June, 2015.

_____
Gary S. Hann, Debtor

2